**Order entered November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00341-CV

**SHANEKA BUSBY BAKER, Appellant**

**V.**

**FORREST REGGIE CARR, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04681-D**

## ORDER

Before the Court is appellant's November 2, 2016 second motion for extension of time to file appellant's reply brief. We **GRANT** the motion and **ORDER** appellant's reply brief filed on or before November 14, 2016.

/s/    CRAIG STODDART
        JUSTICE